**Order entered January 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00179-CV**

**IN THE INTEREST OF A.P.N., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

**ORDER**

Before the Court is appellants' December 31, 2020 motion to supplement the clerk's record with a copy of the trial court's agreed order reflecting the parties' settlement agreements. We **GRANT** the motion and **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing a copy of that agreed order **no later than January 11, 2021**. We further **ORDER** appellant's brief, which is overdue, be filed **no later than January 19, 2021**. *We caution appellant that failure to file the brief by January 19th may result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ERIN A. NOWELL
        JUSTICE